■ CHARLES RIZZO, Appellant, v VIRGINIA LIFE INSURANCE COMPANY OF NEW YORK, Respondent.—Order and judgment (one paper), of the Supreme Court, New York County (Eugene Nardelli, J.), entered on or about March 14, 1990, unanimously affirmed for the reasons stated by Eugene Nardelli, J., without costs. No opinion. Concur—Sullivan, J. P., Milonas, Ross, Kassal and Rubin, JJ.